UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON, JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA, N.A.<br><br>    Defendant. | Civil Action No. 10-10316-RWZ |

## NOTICE OF APPEARANCE OF JAMES W. MCGARRY

Pursuant to Local Rule 83.5.2(a), the undersigned counsel respectfully requests that the Court enter the appearance of James W. McGarry of Goodwin Procter LLP in the above-captioned action as counsel for Defendant BAC Home Loans Servicing, L.P.

Dated: May 11, 2010

Respectfully submitted,

BAC HOME LOANS SERVICING, L.P.,

By its attorneys,

/s/ James W. McGarry
James W. McGarry (BBO # 633726)
Mark Tyler Knights (BBO # 670991)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
jmcgarry@goodwinprocter.com
mknights@goodwinprocter.com

2

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2010.

                                        /s/ James W. McGarry