UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PATRICIA JOHNSON, FAUSTO CABRERA,
VELLYN ANTONELLI, CARMEN FOX,
MARK ANGELOPOULOS, DIANE
ANDERSON, JAMES COOLEY and
MARGARET COOLEY, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.                                                                  Civil Action No. 10-10316-RWZ

BAC HOME LOANS SERVICING, L.P., a
subsidiary of BANK OF AMERICA, N.A.

Defendant.

## NOTICE OF APPEARANCE OF MARK TYLER KNIGHTS

Pursuant to Local Rule 83.5.2(a), the undersigned counsel respectfully requests that the

Court enter the appearance of Mark Tyler Knights of Goodwin Procter LLP in the above-

captioned action as counsel for Defendant BAC Home Loans Servicing, L.P.

Dated: May 11, 2010                        Respectfully submitted,

BAC HOME LOANS SERVICING, L.P.,

By its attorneys,

/s/ Mark Tyler Knights
James W. McGarry (BBO # 633726)
Mark Tyler Knights (BBO # 670991)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.:  617.570.1000
Fax:  617.523.1231
jmcgarry@goodwinprocter.com
mknights@goodwinprocter.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2010.

 /s/ Mark Tyler Knights

LIBA/2086212.1