UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON, JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA, N.A.<br><br>Defendant. | Civil Action No. 10-10316-RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant BAC Home Loans Servicing, L.P. hereby states that it is an indirect subsidiary of Bank of America, N.A., which is itself an indirect subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange. It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares. No other publicly traded company owns more than 10% of BAC Home Loans Servicing, L.P.'s stock.

Dated: May 11, 2010

Respectfully submitted,

BAC HOME LOANS SERVICING, L.P.,

By its attorneys,

/s/ Mark Tyler Knights
James W. McGarry (BBO # 633726)
Mark Tyler Knights (BBO # 670991)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jmcgarry@goodwinprocter.com
mknights@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2010.

/s/ Mark Tyler Knights