IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated,**<br><br>            **Plaintiffs,**<br>vs.<br><br>**BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA, N.A.**<br><br>            **Defendant.** | **C.A. NO. 10-10316-RWZ** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO PREVENT DEFENDANT, BAC HOME LOANS SERVICING, L.P., FROM FORECLOSING ON THEIR MORTGAGES**

Plaintiff, Carmen Fox ("Ms. Fox") respectfully requests that a preliminary injunction be granted on behalf of herself and a provisional class of Massachusetts homeowners to prevent Defendant, BAC Home Loans Servicing, L.P., ("BAC" or "Defendant") from foreclosing on their mortgages until a decision on the merits has been made in this case as to whether BAC is contractually or otherwise obligated to provide them with permanent loan modifications.

Plaintiffs in this case allege that Defendant failed to honor its agreements with borrowers to modify mortgages and prevent foreclosures under the United States Treasury's Home Affordable Modification Program ("HAMP"). Defendant has failed to provide borrowers who complied with their Trial Payment Plan ("TPP") Agreements either a Home Affordable Modification Agreement to date, or a written denial and explanation of their eligibility on or

before the Modification Effective Date identified in the TPP Agreement. As a result, Ms. Fox contends that Massachusetts homeowners did not have an opportunity to cure their delinquencies, pay their mortgage loans, and save their homes.

In support of this motion, Ms. Fox relies on the accompanying memorandum in support, as well as her Affidavit filed simultaneously herewith. She also relies on the Declaration of Kevin Costello and its accompanying exhibits, as well as Plaintiffs' Provisional Motion for Class Certification, and its accompanying memorandum. As described in these papers, Ms. Fox and the class she seeks to represent meet all of the requirements for preliminary injunctive relief.

Respectfully Submitted,
On behalf of Carmen Fox and all others similarly situated,

By her attorneys,

*/s/ Charles Delbaum*
Stuart Rossman (BBO 430640)
Charles Delbaum (BBO 543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th floor
Boston, MA 02110
Tel: (617) 542-8010
Fax: (617) 542-8028

Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:  (617) 357-5500
Fax:  (617) 357-5030

Michael Raabe (BBO 546107)
NEIGHBORHOOD LEGAL SERVICES

170 Common Street, Suite 300

Lawrence, MA 01840<br>Tel: (978) 686-6900<br>Fax: (978) 685-2933

Dated: September 7, 2010

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2010.

<i>/s/ Charles Delbaum</i><br>Charles Delbaum

## LOCAL RULE 7.1(A)(2) CERTIFICATE

    I, Charles Delbaum, hereby certify pursuant to Local Rule 7.1(A)(2) that Plaintiffs' counsel consulted with counsel for Defendant before filing the foregoing motion. Defendant opposes the relief sought in this motion.

<i>/s/ Charles Delbaum</i><br>Charles Delbaum