# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA, N.A.<br><br>    Defendant. | C.A. NO. 10-10316-RWZ |

## DECLARATION OF GARY KLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION

I, Gary Klein, declare as follows:

1. I am an attorney at law duly admitted to practice in the Commonwealth of Massachusetts. I am a partner at the law firm of Roddy Klein & Ryan, one of the counsel of record for the Plaintiffs in this action. I have personal knowledge of the matters stated below, and if called upon to do so I could testify competently to them.

2. I make this declaration in support of Plaintiffs' Motion for Provisional Class Certification, particularly on the issue of adequacy of counsel pursuant to Fed. R. Civ. P. 23(a)(4).

3. Co-Counsel on this matter includes the National Consumer Law Center and Neighborhood Legal Services.

4. Attached hereto as Exhibit 1 is the firm resume for Roddy Klein & Ryan.

5. Attached hereto as Exhibit 2 are the Statements of Experience of Stuart Rossman and Charles Delbaum of the National Consumer Law Center.

6. Attached hereto as Exhibit 3 is the Statement of Experience of Michael Raabe of Neighborhood Legal Services.

7. I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 3rd day of September, 2010, at Boston, Massachusetts.

/s/ Gary Klein
Gary Klein

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2010.

/s/ Charles Delbaum
Charles Delbaum