UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON, JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA, N.A <br><br> Defendant. | CASE NO. 10-10316-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Patricia Johnson hereby stipulates and agrees that her individual claims shall be dismissed with prejudice and without costs or attorneys' fees, with Ms. Johnson waiving her right of appeal.

Dated: September 14, 2010

Respectfully Submitted,

PATRICIA JOHNSON
By her attorneys,

*/s/ Gary Klein*
Gary Klein (BBO# 560769)
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111
Tel:  617.357.5509
Fax:  617.357.5030
klein@roddykleinryan.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on September 14, 2010.

                                          */s/ Gary Klein*
                                          Gary Klein