UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGAITON | MDL 2193<br>1:10-md-2193-RWZ |
| Patricia Johnson, et al. V BAC Home Loans | 1:10-cv-10316-RWZ |

**NOTICE TO COUNSEL**

**In Re:**  **C.A. No. 1:10-10316 Johnson v BACl**

The above captioned case has been consolidated for pre-trial proceedings in MDL 2193 before Judge Rya W. Zobel, per mdl order from the Multi-District Litigation Court.

    All future filings will be docketed in case number 1:10-md-2193-RWZ which has been designated as the Master Case for the MDL proceedings.

    /s/ Sherry Jones
    Sherry Jones
    Deputy Clerk

Copies to: All Counsel