IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICIA JOHNSON, FAUSTO CABRERA, VELLYN ANTONELLI, CARMEN FOX, MARK ANGELOPOULOS, DIANE ANDERSON JAMES COOLEY and MARGARET COOLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A.<br><br><br>    Defendant. | ))))))))))))))))))) | C.A. NO. 10-10316 |

**PLAINTIFFS' MOTION TO HOLD MOTIONS FOR PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY INJUNCTION IN ABEYANCE PENDING ORGANIZATION OF MULTI-DISTRICT LITIGATION**

Massachusetts Plaintiffs Patricia Johnson, Fausto Cabrera, Vellyn Antonelli, Carmen Fox, Mark Angelopoulos, Diane Anderson, James Cooley and Margaret Cooley, ("Plaintiffs"), request the Court to hold the currently pending motions for provisional class certification (Docket No. 17) and preliminary injunctive relief (Docket No. 19) in abeyance while counsel in the transferred class action cases organize and work jointly to present a workable case management plan for the MDL to the Court. Due to the urgency of the preliminary injunctive relief to stop foreclosures while the MDL is pending, Massachusetts counsel anticipates that the proposed case management plan for the MDL will include a plan to seek injunctive relief at an early stage of the litigation. These issues will thus be addressed at the December 1, 2010 status conference.

WHEREFORE, Plaintiffs request that the Court order that Plaintiffs' motions for provisional class certification and preliminary injunctive relief are held in abeyance pending a case management plan to govern the Multidistrict Litigation.

Respectfully Submitted,
On behalf of the Plaintiffs,

/s/ Gary Klein
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:  (617) 357-5500
Fax:  (617) 357-5030

Stuart Rossman (BBO 430640)
Charles Delbaum (BBO 543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th floor
Boston, MA 02110
(617) 542-8010 (*telephone*)
(617) 542-8028 *(fax)*

On behalf of Patricia Johnson, Fausto Cabrera, Vellyn Antonelli, Mark Angelopoulos, Diane Anderson, James Cooley and Margaret Cooley,

/s/ Michael Raabe
Michael Raabe (BBO 546107)
NEIGHBORHOOD LEGAL SERVICES
170 Common Street, Suite 300
Lawrence, MA 01840
Tel:  (978) 686-6900
Fax:  (978) 685-2933

DATE:  November 9, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2010.

                                                             */s/ Gary Klein*
                                                             Gary Klein

**Local Rule 7.1(A)(2) Certificate**

      I, Gary Klein, hereby certify pursuant to Local Rule 7.1(A)(2) that Plaintiffs' counsel consulted with counsel for Defendant before filing the foregoing motion. Defendant reserves the right to oppose the relief requested in this motion.

                                                            */s/ Gary Klein*
                                                            Gary Klein