HONORABLE RYA W. ZOBEL

UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA JOHNSON, et ux, et al, <br><br> Plaintiffs, <br><br> -v- <br><br> BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A. <br><br> Defendants. | No.  1:10-cv-10316 RWZ <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF THIRD AMENDED COMPLAINT** |

Plaintiffs' hereby give notice of withdrawal of the Third Amended Complaint (Dkt.  38) which was filed under this cause number in error.

DATED this 9th day of November, 2011.

*/s/ Ari Y. Brown*
Hagens Berman Sobol Shapiro LLP
Steve W. Berman
Ari Y. Brown
1918 8th Avenue
Suite 3300
Seattle, WA 98101
206.623.7292 (p)
206.623.0594 (f)
steve@hbsslaw.com
ari@hbsslaw.com

*/s/ Gary Klein*
Roddy Klein & Ryan
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
617.357.5500 (p)
617.357.5030 (f)
klein@roddykleinryan.com
kavanagh@roddykleinryan.com
costello@roddykleinryan.com

*Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2011.

*/s/ Ari Brown*

Ari Brown